NVB 105-8 (Effective 1/17)

Attorney Janice Jacovino Esq.
Nevada Bar # 11612
Firm Name Lonardo & Jacovino, LLC.
Address 7465 W Lake Mead Blvd.
City, State, Zip Las Vegas, NV 89128
Phone Number 702-562-8125
Email Address info@ljlawlv.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

* * * * * *

In re:                                    )   BK-S- 16-16354-mkn
                                          )
 Antonio Martinez                         )   CHAPTER 13
                                          )
                                          )   **FINAL REPORT OF MORTGAGE**
                                          )   **MODIFICATION MEDIATION**
                         Debtor(s).       )   **PROGRAM MEDIATOR**

The undersigned Mortgage Modification Mediation ("MMM") Program Mediator reports to the Court as follows:

A. MMM proceedings were commenced in this case involving the following parties:

   1. [✓] The Debtor [and Debtor's attorney], A. Martinez & M. Harker Esq.

   2. [ ] The co-obligor/co-borrower/or other third party, _____

   _____

   3. [✓] The Lender's representative, BSI Financial Services Inc.

      and Lender's attorney, Malcolm & Cisneros

   4. [ ] Other: _____

B. The MMM proceedings resulted in the following:

   1. [ ] The parties settled prior to attending.

   2. [ ] The case was dismissed.

3. [ ] The Debtor or [ ] Debtor's attorney failed to attend.

4. [ ] The Lender's representative or [ ] Lender's attorney failed to attend.

5. [✓] The parties reached an agreement:

   [ ]  The parties agreed to a Final Loan Modification agreement.

   [✓]  Other: The parties will continue to work outside the program.

6. [ ] The parties did not reach an agreement.

Dated: 8.28.2017

Signature of Mediator
Print name: Janice Jacovino Esq.
Address: 7465 W Lake Mead Blvd.
Las Vegas, Nevada 89128
Telephone: 702-562-8123
Email: info@ljlawlv.com

- 2 -