**MICHAEL J. HARKER, ESQ.**  E-FILED December 19, 2017
Nevada Bar No. 005353
2901 El Camino Ave., #200
Las Vegas, Nevada 89102
Mharker@harkerlawfirm.com
(702) 248-3000
Attorney for Debtor

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| In Re. | Chapter 13 Proceedings<br>CASE NO: 16-16880-mkn<br>Trustee: Kathleen A. Leavitt |
| ANTONIO MARTINEZ, | |
| | **DEBTORS' EX PARTE APPLICATION TO DISMISS CHAPTER 13 CASE** |
| Debtor(s). | |

TO THE HONORABLE United States bankruptcy Judge:

  The application of ANTONIO MARTINEZ, by Michael J. Harker, Esq., his attorney, respectfully represents:

  (1) That on December 30, 2016, applicant filed a petition for relief under Chapter 13 of Title 11, United States Code.

  (2) That this case has not been converted under section 706 or 1112 of said title 11. No order of discharge has been entered, no complaint objecting to Debtor's discharge has been filed, and no complaints to determine dischargeability of any debts have been filed in the case.

  (3) That the Debtor ANTONIO MARTINEZ desires that her Chapter 13 case be dismissed.

**WHEREFORE**, applicant prays for an Order dismissing the above entitled Chapter 13 case and for such other and further relief as is just, and

DATED: December 19, 2017.

LAW OFFICE OF MICHAEL J. HARKER ESQ.

By: /s/ Michael J. Harker
    MICHAEL J. HARKER, ESQ.
    2901 El Camino Ave., #200
    Las Vegas, NV 89102
    (702) 248-3000
    Attorney for Debtor(s)

/s/ Antonio Martinez
Antonio Martinez